WALKER ROGGE, INC. v. CHELSEA TITLE & GUARANTY COMPANY, ET AL.

April 26, 1988.

Petition for certification granted. (See 222 *N.J.Super.* 363)

WALKER ROGGE, INC. v. CHELSEA TITLE & GUARANTY COMPANY, ET AL.

April 26, 1988.

Cross-petition for certification granted. (See 222 *N.J.Super.* 363)

IN THE MATTER OF STATE OF NEW JERSEY AND IN THE MATTER OF NEW JERSEY STATE FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION AND IN THE MATTER OF COMMUNICATIONS WORKERS OF AMERICA, LOCAL 1037, AND LOCAL 195, IFPTE.

April 26, 1988.

Petition for certification granted. (See 222 *N.J.Super.* 475)